Patrick Q. Hall, CA Bar No. 97019
Lauren M. Hofflin, CA Bar No. 310005
Law Offices of Patrick Q. Hall
501 West Broadway, Suite 730
San Diego, California 92101
Telephone: (619) 268-4040
Fax: (619) 268-4041
pat@pqhlaw.com

Attorney for Defendant
MICHAEL JAMES STEVENS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Daniel E. Butcher)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES STEVENS,<br><br>Defendant. | CASE NO. 21-CR-660-GPC-DEB-1<br><br>**NOTICE OF MOTION AND MOTION TO RECONSIDER BOND AND SET CONDITIONS OF RELEASE**<br><br>**Date: TBD** |

**TO: RANDY S. GROSSMAN, UNITED STATES ATTORNEY, AND MARITSA ANN FLAHERTY, ASSISTANT UNITED STATES ATTORNEY**

COMES NOW Defendant MICHAEL JAMES STEVEN, by and through his attorney, Patrick Q. Hall, and respectfully moves this Court, pursuant to 18 U.S.C. § 3145(b), for reconsideration of the Magistrate Court's January 7, 2021 Order denying Mr. STEVENS's request for bond and ordering him detained pending the resolution of his case.

1

21-CR-660-GPC-DEB-1

     Based upon a change in circumstances involving the recent passing of his father, and complications with his medical condition while in custody, Mr. STEVENS is requesting that the court set a $100,000.00 personal surety bond secured by a trust deed on the real property located at 14570 Rough and Ready Hwy, Rough and Ready, CA 95975, owned by his common law wife's parents.

     This motion is based on the instant Motion, Notice, Memorandum of Points and Authorities, the records and files in the instant case, and any and all other matters which may be presented to the Court prior to or at the time of the hearing of this motion.

Respectfully submitted,

Dated: April 19, 2021

 s/Patrick Q. Hall
PATRICK Q. HALL
Attorney for Defendant
MICHAEL JAMES STEVENS