# EXHIBIT D

 

**FOIA/PRIVACY ACT SENSITIVE**

Report Status: Final

STEVENS, MICHAEL

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **STEVENS, MICHAEL**<br><br>**DOB: 08/20/1981   AGE: 39**<br>Gender:   M<br>Phone:   619.232.4311<br>Patient ID: 96546-298<br>Health ID: 8573026377476655 | Specimen:   EN360136F<br>Requisition: 0002200<br><br>Collected:   03/25/2021<br>Received:   03/26/2021 / 01:29 PDT<br>Reported:   03/28/2021 / 16:19 PDT | Client #: 92101101   SD013010<br>MCC SAN DIEGO<br>808 UNION ST<br>SAN DIEGO, CA 92101-6030 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | ============================== | | EN |

```
CULTURE, AEROBIC BACTERIA

   Micro Number:       10708177
   Test Status:        Final
   Specimen Source:    RIGHT LEG ABSCESS
   Specimen Quality:   Adequate
   Result:             Heavy growth of Staphylococcus aureus

   Comment:            Additional organisms of questionable significance
                       were isolated that normally do not warrant
                       identification and susceptibilities. Please
                       contact the laboratory within three days if
                       identification and susceptibilities are clinically
                       indicated.

                       S.aureus
                       ----------------
                       INT    MIC
   CIPROFLOXACIN       S      <=0.5
   CLINDAMYCIN         S      <=0.25
   ERYTHROMYCIN        S      <=0.25
   GENTAMICIN          S      <=0.5
   LEVOFLOXACIN        S      0.25
   MOXIFLOXACIN        S      <=0.25
   OXACILLIN           S      <=0.25 **1
   TETRACYCLINE        S      <=1
   TRIMETHOPRIM/SULFA  S      <=10
   VANCOMYCIN          S      1

S=Susceptible   I=Intermediate   R=Resistant    * = Not Tested
NR = Not Reported   **NN = See Therapy Comments


THERAPY COMMENTS

   Note 1:
   Oxacillin-susceptible staphylococci are
   susceptible to other penicillinase-stable
   penicillins (e.g. Methicillin, Nafcillin), beta-
   lactam/beta-lactamase inhibitor combinations, and
   cephems with staphylococcal indications, including
   Cefazolin.
```

**PERFORMING SITE:**
EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAB TOOCHINDA,MD, CLIA: 05D0642827