# EXHIBIT E

| Bureau of Prisons<br>Health Services<br>Clinical Encounter | FOIA/PRIVACY ACT<br>SENSITIVE |
|---|---|

| Inmate Name: STEVENS, MICHAEL JAMES | | Reg #: 96546-298 |
|---|---|---|
| Date of Birth: 08/20/1981 | Sex: M   Race: WHITE | Facility: SDC |
| Encounter Date: 04/13/2021 10:24 | Provider: Malaver, Jimmy MD | Unit: G02 |

Physician - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**   Provider: Malaver, Jimmy MD

Chief Complaint: Skin Problem

Subjective: Left leg wound is clean and almost healed. A new pustule in has appeared on patient's left elbow. Inmate states he experiences stomach ache after taking Bactrim.
A:
Derm/Left Elbow:
A pustular lesion of about 5 mm in diameter and 4 mm in height is noted on left elbow posterior aspect. No open wound, no discharge, no surrounding induration, no erythema.
Hx. of Recurrent Skin Infections
P:
Continue Bactrim DS T PO BID X 10 days (Take with meals).
Pepto bismol 2 tab PO TID PRN X 10 days.
Continue daily wound care for right leg wound.

Pain: No

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/13/2021 | 10:34 SDC | 97.8 | 36.6 | Forehead | Malaver, Jimmy MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/13/2021 | 10:34 SDC | 76 | Brachial | Regular | Malaver, Jimmy MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/13/2021 | 10:34 SDC | 14 | Malaver, Jimmy MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/13/2021 | 10:34 SDC | 124/78 | Left Arm | Sitting | Adult-regular | Malaver, Jimmy MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/13/2021 | 10:34 SDC | 98 | Room Air | Malaver, Jimmy MD |

**ROS Comments**
See Comments

**Exam Comments**
See Comments

**Comments**
DERM/Right LE/Left elbow
Right lower extremity wound is clean and healing well.
A pustular lesion of about 5 mm in diameter and 4 mm in height is noted on left elbow posterior aspect. No open wound, no discharge, no surrounding induration, no erythema.

| | | | |
|---|---|---|---|
| Inmate Name: STEVENS, MICHAEL JAMES | | Sex: M   Race: WHITE | FOIA/PRIVACY ACT |
| Date of Birth: 08/20/1981 | | Provider: Malaver, Jimmy MD | SENSITIVE |
| Encounter Date: 04/13/2021 10:24 | | | Unit: G02 |

## ASSESSMENT:

Gastritis without bleeding, K2970 - Current

Local infection of the skin and subcutaneous tissue, unsp, L089 - Current - *Graft loss open wound of Rt. posterior lower leg (Chronic/Recurrent)*
Left elbow pustular lesion

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Sulfamethoxazole/Trimeth DS 800-160 Mg Tablet | 04/13/2021 10:24 |
| | **Prescriber Order:** 800-160 mg Orally - Two Times a Day x 10 day(s) | |
| | Indication: Local infection of the skin and subcutaneous tissue, unsp | |
| | Bismuth Subsal Tablet | 04/13/2021 10:24 |
| | **Prescriber Order:** 2 tabs Orally - three times a day x 10 day(s) | |
| | Indication: Gastritis without bleeding | |

**Disposition:**
  Follow-up at Sick Call as Needed
  Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/13/2021 | Counseling | Plan of Care | Malaver, Jimmy | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Malaver, Jimmy MD on 04/13/2021 10:48

Generated 04/13/2021 10:48 by Malaver, Jimmy MD      Bureau of Prisons - SDC      Page 2 of 2

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

**FOIA/PRIVACY ACT SENSITIVE**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STEVENS, MICHAEL JAMES | | | Reg #: | 96546-298 |
| Date of Birth: | 08/20/1981 | Sex: | M   Race: WHITE | Facility: | SDC |
| Note Date: | 04/07/2021 12:51 | Provider: | Malaver, Jimmy MD | Unit: | G02 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

    ADMINISTRATIVE NOTE   1        Provider:   Malaver, Jimmy MD

        Inmate request for low bunk.
        Patient presents a four-year long history of recurrent chronic infections due to a traumatic burn of 40 % TBSA which has affected his skin and limited his ROM of UE's and LE's.  Case discussed with Dr. Gwathney. He will be given a low bunk status on his MDS at this time.

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Malaver, Jimmy MD on 04/07/2021 13:00

## Bureau of Prisons
## Health Services
## Clinical Encounter

**FOIA/PRIVACY ACT SENSITIVE**

| | | | |
|---|---|---|---|
| Inmate Name: STEVENS, MICHAEL JAMES | | | Reg #: 96546-298 |
| Date of Birth: 08/20/1981 | Sex: M | Race: WHITE | Facility: SDC |
| Encounter Date: 04/05/2021 13:35 | Provider: Abel, Brent Nurse Trainee | | Unit: G02 |

Nursing - Wound Care encounter performed at Housing Unit.

### SUBJECTIVE:

**COMPLAINT 1**      Provider: Abel, Brent Nurse Trainee

  Chief Complaint: Skin Problem
  Subjective: The IM is on wound care. The IM reported that he believes his wound is getting better, but that he continues to be frustrated by his wound coverings falling off.
  Pain: No

### OBJECTIVE:

### ASSESSMENT:

Wound Care

The IM's wound is unchanged from Nurse Saulsbury's assessment on 4/4/2021. The IM's wound was cleaned then wrapped with xeroform dressings with sterile gauze placed on top and secured in place with a wrap bandage.

The IM's wound culture results were reviewed with Dr. Malaver.

TOVO from Dr. Malaver to extend daily wound care on NMOS until the IM is transferred to another site or released.

### PLAN:

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | Daily | 14 days | | Malaver, Jimmy MD |
| | Order Date: | 04/05/2021 | | |

**Disposition:**
  Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/05/2021 | Counseling | Access to Care | Abel, Brent | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Malaver, Jimmy MD
**Telephone or Verbal order read back and verified.**

Completed by Abel, Brent Nurse Trainee on 04/05/2021 13:44
Requested to be cosigned by Malaver, Jimmy MD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Gwathney, J. (MAT) M.D., MPH/CD.
Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

**FOIA/PRIVACY ACT SENSITIVE**

| | | |
|---|---|---|
| Inmate Name: STEVENS, MICHAEL JAMES | | Reg #: 96546-298 |
| Date of Birth: 08/20/1981 | Sex: M   Race: WHITE | Facility: SDC |
| Encounter Date: 04/04/2021 11:30 | Provider: Saulsbury, K. RN | Unit: G02 |

Nursing - Wound Care encounter performed at Health Services.

### SUBJECTIVE:

COMPLAINT 1   Provider: Saulsbury, K. RN
Chief Complaint: Skin Problem
Subjective: Wound progress.
Pain: Not Applicable

### OBJECTIVE:

### ASSESSMENT:

Wound Care

IM presents for daily wound care to posterior right mid leg. IM has pink/erythematous tissue, about 5.5cm x9.5cm over healed skin graft, with an open area 0.3cm x0.4cm distally; moderate serosanguinous drainage noted on bandage, no signs of infection. IM states dressings should be not be secured with coban or ACE wrap because this irritates the area more. IM RLE fully extended, IM c/o tenderness at affected site in this. Area cleaned and dressed per orders, ABD pad applied, secured with kerlix. IM tolerated well. IM denies any other needs at this time. IM was discharged to housing unit in stable condition.

### PLAN:

**Disposition:**
Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/04/2021 | Counseling | Access to Care | Saulsbury, K. | Verbalizes Understanding |

**Copay Required:** No   **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Saulsbury, K. RN on 04/04/2021 11:46
Requested to be reviewed by Malaver, Jimmy MD.
Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

**FOIA/PRIVACY ACT SENSITIVE**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | STEVENS, MICHAEL JAMES | | Reg #: | 96546-298 |
| Date of Birth: | 08/20/1981 | Sex: M   Race: WHITE | Facility: | SDC |
| Note Date: | 03/31/2021 11:37 | Provider:   Malaver, Jimmy MD | Unit: | G02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

   ADMINISTRATIVE NOTE   1        Provider:   Malaver, Jimmy MD
      Inmate request for low bunk.
      Patient presents a four-year long history of recurrent chronic infections due to a traumatic burn of 40 % TBSA which has affected his skin and limited his ROM of UE's and LE's.  Case discussed with Dr. Gwathney. He will be given a low bunk status on his MDS at this time.

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Malaver, Jimmy MD on 03/31/2021 11:45

*See Amendment* (watermark)

| Bureau of Prisons<br>Health Services<br>Clinical Encounter | FOIA/PRIVACY ACT<br>SENSITIVE |
|---|---|

| Inmate Name: STEVENS, MICHAEL JAMES | | Reg #: 96546-298 |
|---|---|---|
| Date of Birth: 08/20/1981 | Sex: M   Race: WHITE | Facility: SDC |
| Encounter Date: 03/25/2021 17:30 | Provider: Malaver, Jimmy MD | Unit: G02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     Provider: Malaver, Jimmy MD

Chief Complaint: HEPATITIS C

Subjective: 39 y/o W/M with history of Hepatitis C and 40 % TBSA burn after barrel of gunpowder exploded near him in June of 2016 who presents to this clinic. Pt. c/o an open wound to right posterior leg which shows purulent discharge, redness, but no apparent increased of warmth or swelling of approximately 2 weeks of evolution. This is a recurrent wound per the patients medical record from 2016 at UCSD Health Medical Center.
Patient denies F/V/N, yellow discoloration of eyes/skin, fatigue, clay-colored stools, dark-colored urine, itchy skin, fluid build-up in abdomen, poor appetite, easy bruising or bleeding, weight loss, or confusion. Inmate states he would like to be treated for hepatitis C. Inmate denies he hx of IV drug use, alcohol abuse or tattooing. He also denied any history of Hepatitis C at intake.

Pain: No

**Seen for clinic(s):** Infectious Disease, General
**Added to clinic(s):** Infectious Disease, General

## OBJECTIVE:

### ROS Comments
See Comments

### Exam Comments
See Comments

### Comments
Constitutional: Non-toxic, well hydrated. Well developed. Well nourished. NAD.
HEENT: NC, atraumatic, no diaphoresis, non-injected conjunctiva, no icterus sclera, PERRL, EOMI, no deformities present on face. Throat: No tongue fasciculations. Moist mucous membranes.
SKIN: No jaundice. No rashes. BUE, BLE ant trunk scars from 40 % TBSA burns.
NECK: No masses, no enlargement of thyroid, no lymphadenopathies. No carotid bruits. Supple.
HEART: S1S2, RRR, no MRG
LUNGS: CTAB, speaking in full clear sentences, no distress.
ABDOMEN: Non tender, non-distended. No ascites, no hepato-splenomegaly.
NEURO: No facial asymmetry. No neurological deficits.
Moving all four extremities spontaneously with decreased ROM.
No upper extremity tremors.
LE's: No lower extremity edema. Per pulses 2+. Right posterior lower leg open wound of irregular shape and approximately 2 cm in diameter and 0.5 mm in depth. Yellowish purulent discharge noted, moderate erythema, no increased warmth nor apparent swelling.
Cognitive Status: Mentation normal.

## ASSESSMENT:

Burn of head, face, and neck, T2000XS - Current

Burn of lower limb, except ankle and foot, T24009S - Current

Burn of multiple of ankle and foot, T25099S - Current

Burn of trunk, T2100XS - Current

| | | |
|---|---|---|
| Inmate Name: STEVENS, MICHAEL JAMES | Sex: M  Race: WHITE | FOIA/PRIVACY ACT |
| Date of Birth: 08/20/1981 | Provider: Malaver, Jimmy MD | SENSITIVE |
| Encounter Date: 03/25/2021 17:30 | | Unit: G02 |

Chronic viral hepatitis C, B182 - Current

Local infection of the skin and subcutaneous tissue, unsp, L089 - Current - *Graft loss open wound of Rt. posterior lower leg (Chronic/Recurrent)*

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-Culture, Aerobic Bacteria w/Gram Stain | One Time | 03/25/2021 00:00 | Today |
| Lab Tests-C-Culture, Anaerobic w/Gram Stain | | | |

Additional Information:
  Wound culture for right posterior leg
Lab personnel verbally notified of a priority order of Today or Stat

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Malaver, Jimmy MD on 03/25/2021 17:34

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

**FOIA/PRIVACY ACT SENSITIVE**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STEVENS, MICHAEL JAMES | | | Reg #: | 96546-298 |
| Date of Birth: | 08/20/1981 | Sex: M | Race: WHITE | Facility: | SDC |
| Encounter Date: | 03/25/2021 15:02 | Provider: | Malaver, Jimmy MD | Unit: | G02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

### SUBJECTIVE:

**COMPLAINT 1**   Provider: Malaver, Jimmy MD

Chief Complaint: HEPATITIS C

Subjective: 39 y/o W/M with history of Hepatitis C and 40 % TBSA burn after barrel of gunpowder exploded near him in June of 2016 who presents to this clinic. Pt. c/o an open wound to right posterior leg which shows purulent discharge, redness, but no apparent increased of warmth or swelling of approximately 2 weeks of evolution. This is a recurrent wound per the patients medical record from 2016 at UCSD Health Medical Center.
Patient denies F/V/N, yellow discoloration of eyes/skin, fatigue, clay-colored stools, dark-colored urine, itchy skin, fluid build-up in abdomen, poor appetite, easy bruising or bleeding, weight loss, or confusion. Inmate states he would like to be treated for hepatitis C. Inmate denies he hx of IV drug use, alcohol abuse or tattooing. He also denied any history of Hepatitis C at intake.

Pain: No

Seen for clinic(s): Infectious Disease, General
Added to clinic(s): Infectious Disease, General

### OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 98.1 | 36.7 | Forehead | Malaver, Jimmy MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 68 | Brachial | Regular | Malaver, Jimmy MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 16 | Malaver, Jimmy MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 123/69 | Left Arm | Sitting | Adult-regular | Malaver, Jimmy MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 98 | Room Air | Malaver, Jimmy MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 72.0 | 182.9 | Malaver, Jimmy MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 228.7 | 103.7 | | Malaver, Jimmy MD |

*See Amendment*

Generated 03/25/2021 16:50 by Malaver, Jimmy MD     Bureau of Prisons - SDC     Page 1 of 4

| | | |
|---|---|---|
| Inmate Name: STEVENS, MICHAEL JAMES<br>Date of Birth: 08/20/1981<br>Encounter Date: 03/25/2021 15:02 | Sex: M  Race: WHITE<br>Provider: Malaver, Jimmy MD | FOIA/PRIVACY ACT<br>SENSITIVE<br>Unit: G02 |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

A:
1- Chronic Hepatitis C
2- Hx. of 40 % TBSA Burns
3- Graft loss open wound of Rt. posterior lower leg(Chronic/Recurrent) Subcutaneous Infection

APRI SCORE: No recent labs available

P:
Patient currently on ABT with Bactrim DS
Rt. Posterior leg C&S is pending
Start daily wound care as follows:
Cleaning with soap and water
Apply Collagenase ointment and cover with Xeroform dressing.
Patient needs baseline blood work for Hepatitis C

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/25/2021 | Counseling | Plan of Care | Malaver, Jimmy | Verbalizes Understanding |

**Copay Required:** No           **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Malaver, Jimmy MD on 03/25/2021 16:50

| Inmate Name: | STEVENS, MICHAEL JAMES | | | | FOIA/PRIVACY ACT |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1981 | Sex: M | Race: WHITE | | SENSITIVE |
| Encounter Date: | 03/25/2021 15:02 | Provider: Malaver, Jimmy MD | | Unit: G02 | |

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| | 237 ml] | | area(s) every other day AS NEEDED for burn sites as directed - **non-formulary approved until: 2/3/22 |
| 134002-SDC | Gabapentin 300 MG CAP | 07/31/2021 | ***crush/empty*** - Take one capsule (300 MG) by mouth each evening - **non-formulary approved until: 1/21/23 - Note: this replaces amitriptyline |
| 135191-SDC | Sulfamethoxazole/Trimeth 800mg /160mg tab | 04/04/2021 | Take one tablet by mouth two times a day with food for 10 days ***It is important to finish ALL of this medication*** |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

No IVs to be Reconciled.

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|

No OTCs to be Reconciled.

Allergies
  Penicillins

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Infectious Disease-Hep C Viral Load | One Time | 05/17/2021 00:00 | Routine |
| Lab Tests-C-CBC | | | |
| Lab Tests-H-Hep B core Ab, Total | | | |
| Lab Tests-H-Hep B surface Ab | | | |
| Lab Tests-H-Hep B surface Ag | | | |
| Lab Tests-H-Hepatic Profile | | | |
| Lab Tests-H-HIV 1/2 | | | |
| Lab Tests-I-Iron & TIBC (%sat) | | | |
| Lab Tests-P-PT/INR (not POC) | | | |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |
| Chronic Care Clinics-Infectious Disease-Hep C Viral Load w/Reflex to Genotype | | | |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | Daily | 10 days | Right Posterior Lower Extremity: 1- Clean with light soap and water solution 2- Apply collagenase ointment and cover with xeroform dressing. | Malaver, Jimmy MD |
| | Order Date: | 03/25/2021 | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 02/25/2022 00:00 | Physician 01 |
| Yearly CCC f/u with physician Hep C | | |

Generated 03/25/2021 16:50 by Malaver, Jimmy MD          Bureau of Prisons - SDC          Page 3 of 4

*See Amendment* (watermark)

FOIA/PRIVACY ACT SENSITIVE

| | | | | |
|---|---|---|---|---|
| Inmate Name: | STEVENS, MICHAEL JAMES | | Reg#: | 06646-298 |
| Date of Birth: | 08/20/1981 | Sex: M  Race: WHITE | | |
| Encounter Date: | 03/25/2021 15:02 | Provider: Malaver, Jimmy MD | Unit: | G02 |

**ROS Comments**
See Comments

**Exam Comments**
See Comments

**Comments**

Constitutional: Non-toxic, well hydrated. Well developed. Well nourished. NAD.
HEENT: NC, atraumatic, no diaphoresis, non-injected conjunctiva, no icterus sclera, PERRL, EOMI, no deformities present on face. Throat: No tongue fasciculations. Moist mucous membranes.
SKIN: No jaundice. No rashes. BUE, BLE ant trunk scars from 40 % TBSA burns.
NECK: No masses, no enlargement of thyroid, no lymphadenopathies. No carotid bruits. Supple.
HEART: S1S2, RRR, no MRG
LUNGS: CTAB, speaking in full clear sentences, no distress.
ABDOMEN: Non tender, non-distended. No ascites, no hepato-splenomegaly.
NEURO: No facial asymmetry. No neurological deficits.
Moving all four extremities spontaneously with decreased ROM.
No upper extremity tremors.
LE's: No lower extremity edema. Per pulses 2+. Right posterior lower leg open wound of irregular shape and approximately 2 cm in diameter and 0.5 mm in depth. Yellowish purulent discharge noted, moderate erythema, no increased warmth nor apparent swelling.
Cognitive Status: Mentation normal.

**ASSESSMENT:**

Burn of head, face, and neck, T2000XS - Current

Burn of lower limb, except ankle and foot, T24009S - Current

Burn of multiple of ankle and foot, T25099S - Current

Burn of trunk, T2100XS - Current

Chronic viral hepatitis C, B182 - Current

Local infection of the skin and subcutaneous tissue, unsp, L089 - Current - *Graft loss, open wound of Rt. posterior lower leg (Chronic/Recurrent)*

**PLAN:**

**Medication Reconciliation.**
The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Collagenase Ointment | | 03/25/2021 15:02 |
| | **Prescriber Order:** | 80 gram tube Topically  -  daily x 10 day(s) | |
| | Indication: | Local infection of the skin and subcutaneous tissue, unsp | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 133709-SDC | Aquaphor External Ointment  396 GM | 07/18/2021 | Apply topically to the affected area(s) daily as directed - Note: this replaces moisturizing lotion - **non-formulary approved until: 1/28/23 |
| 133478-SDC | Bacitracin/Polymyxin B oint 14.17GM | 07/07/2021 | Apply a small amount topically to the affected area(s) each day as directed - Use sparingly to affected areas and cover with gauze |
| 134085-SDC | Chlorhexidine Gluconate Solution 4 % [ | 08/04/2021 | Apply a small amount topically to the affected |

## Bureau of Prisons
## Health Services
## Clinical Encounter

**FOIA/PRIVACY ACT SENSITIVE**

| | | | |
|---|---|---|---|
| Inmate Name: | STEVENS, MICHAEL JAMES | | Reg #: 96546-298 |
| Date of Birth: | 08/20/1981 | Sex: M  Race: WHITE | Facility: SDC |
| Encounter Date: | 03/25/2021 15:02 | Provider: Malaver, Jimmy MD | Unit: G02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

### SUBJECTIVE:

**COMPLAINT 1**     Provider: Malaver, Jimmy MD

**Chief Complaint:** HEPATITIS C

**Subjective:** 39 y/o W/M with history of Hepatitis C and 40 % TBSA burn after barrel of gunpowder exploded near him in June of 2016 who presents to this clinic. Pt. c/o an open wound to right posterior leg which shows purulent discharge, redness, but no apparent increased of warmth or swelling of approximately 2 weeks of evolution. This is a recurrent wound per the patients medical record from 2016 at UCSD Health Medical Center.
Patient denies F/V/N, yellow discoloration of eyes/skin, fatigue, clay-colored stools, dark-colored urine, itchy skin, fluid build-up in abdomen, poor appetite, easy bruising or bleeding, weight loss, or confusion. Inmate states he would like to be treated for hepatitis C. Inmate denies he hx of IV drug use, alcohol abuse or tattooing. He also denied any history of Hepatitis C at intake.

**Pain:** No

Seen for clinic(s): Infectious Disease, General
Added to clinic(s): Infectious Disease, General

### OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 98.1 | 36.7 | Forehead | Malaver, Jimmy MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 68 | Brachial | Regular | Malaver, Jimmy MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 16 | Malaver, Jimmy MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 123/69 | Left Arm | Sitting | Adult-regular | Malaver, Jimmy MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 98 | Room Air | Malaver, Jimmy MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 72.0 | 182.9 | Malaver, Jimmy MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/25/2021 | 15:50 SDC | 228.7 | 103.7 | | Malaver, Jimmy MD |

Generated 03/25/2021 16:50 by Malaver, Jimmy MD     Bureau of Prisons - SDC     Page 1 of 4

*See Amendment* (watermark)

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STEVENS, MICHAEL JAMES | | | Reg #: | 06640-298 |
| Date of Birth: | 08/20/1981 | Sex: | M   Race: WHITE | | |
| Encounter Date: | 03/25/2021 15:02 | Provider: | Malaver, Jimmy MD | Unit: | G02 |

FOIA/PRIVACY ACT SENSITIVE

**ROS Comments**
   See Comments

**Exam Comments**
   See Comments

**Comments**

Constitutional: Non-toxic, well hydrated. Well developed. Well nourished. NAD.
HEENT: NC, atraumatic, no diaphoresis, non-injected conjunctiva, no icterus sclera, PERRL, EOMI, no deformities present on face. Throat: No tongue fasciculations. Moist mucous membranes.
SKIN: No jaundice. No rashes. BUE, BLE ant trunk scars from 40 % TBSA burns.
NECK: No masses, no enlargement of thyroid, no lymphadenopathies. No carotid bruits. Supple.
HEART: S1S2, RRR, no MRG.
LUNGS: CTAB, speaking in full clear sentences, no distress.
ABDOMEN: Non tender, non-distended. No ascites, no hepato-splenomegaly.
NEURO: No facial asymmetry. No neurological deficits.
Moving all four extremities spontaneously with decreased ROM.
No upper extremity tremors.
LE's: No lower extremity edema. Per pulses 2+. Right posterior lower leg open wound of irregular shape and approximately 2 cm in diameter and 0.5 mm in depth. Yellowish purulent discharge noted, moderate erythema, no increased warmth nor apparent swelling.
Cognitive Status: Mentation normal.

**ASSESSMENT:**

Burn of head, face, and neck, T2000XS - Current

Burn of lower limb, except ankle and foot, T24009S - Current

Burn of multiple of ankle and foot, T25099S - Current

Burn of trunk, T2100XS - Current

Chronic viral hepatitis C, B182 - Current

Local infection of the skin and subcutaneous tissue, unsp, L089 - Current - *Graft loss open wound of Rt. posterior lower leg (Chronic/Recurrent)*

**PLAN:**

**Medication Reconciliation.**
The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

**New Medication Orders:**

| Rx# | Medication | | | Order Date |
|---|---|---|---|---|
| | Collagenase Ointment | | | 03/25/2021 15:02 |
| | **Prescriber Order:** | 80 gram tube Topically - daily x 10 day(s) | | |
| | Indication: | Local infection of the skin and subcutaneous tissue, unsp | | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 133709-SDC | Aquaphor External Ointment  396 GM | 07/18/2021 | Apply topically to the affected area(s) daily as directed - Note: this replaces moisturizing lotion - **non-formulary approved until: 1/28/23 |
| 133478-SDC | Bacitracin/Polymyxin B oint 14.17GM | 07/07/2021 | Apply a small amount topically to the affected area(s) each day as directed - Use sparingly to affected areas and cover with gauze |
| 134085-SDC | Chlorhexidine Gluconate Solution 4 % [ | 08/04/2021 | Apply a small amount topically to the affected |

*See Amendment*

| Inmate Name: | STEVENS, MICHAEL JAMES | | | | FOIA/PRIVACY ACT |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1981 | Sex: M | Race: WHITE | | SENSITIVE |
| Encounter Date: | 03/25/2021 15:02 | Provider: Malaver, Jimmy MD | | Unit: G02 | |

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| | 237 ml] | | area(s) every other day AS NEEDED for burn sites as directed - **non-formulary approved until: 2/3/22 |
| 134002-SDC | Gabapentin 300 MG CAP | 07/31/2021 | ***crush/empty*** - Take one capsule (300 MG) by mouth each evening - **non-formulary approved until: 1/21/23 - Note: this replaces amitriptyline |
| 135191-SDC | Sulfamethoxazole/Trimeth 800mg /160mg tab | 04/04/2021 | Take one tablet  by mouth two times a day with food for 10 days ***It is important to finish ALL of this medication*** |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

No IVs to be Reconciled.

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|

No OTCs to be Reconciled.

Allergies
   Penicillins

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Infectious Disease-Hep C Viral Load | One Time | 05/17/2021 00:00 | Routine |
| Lab Tests-C-CBC | | | |
| Lab Tests-H-Hep B core Ab, Total | | | |
| Lab Tests-H-Hep B surface Ab | | | |
| Lab Tests-H-Hep B surface Ag | | | |
| Lab Tests-H-Hepatic Profile | | | |
| Lab Tests-H-HIV 1/2 | | | |
| Lab Tests-I-Iron & TIBC (%sat) | | | |
| Lab Tests-P-PT/INR (not POC) | | | |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |
| Chronic Care Clinics-Infectious Disease-Hep C Viral Load w/Reflex to Genotype | | | |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | Daily | 10 days | Right Posterior Lower Extremity: 1- Clean with light soap and water solution 2- Apply collagenase ointment and cover with xeroform dressing. | Malaver, Jimmy MD |

Order Date:     03/25/2021

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit    Yearly CCC f/u with physician Hep C | 02/25/2022 00:00 | Physician 01 |

Generated 03/25/2021 16:50 by Malaver, Jimmy MD        Bureau of Prisons - SDC            Page 3 of 4

(See Amendment — watermark)

| | | | |
|---|---|---|---|
| Inmate Name:  STEVENS, MICHAEL JAMES | | | **FOIA/PRIVACY ACT** |
| Date of Birth:  08/20/1981 | Sex:  M   Race:  WHITE | Reg #:  06046-298 | **SENSITIVE** |
| Encounter Date:  03/25/2021 15:02 | Provider:  Malaver, Jimmy MD | Unit:  G02 | |

**Disposition:**
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

A:
1- Chronic Hepatitis C
2- Hx. of 40 % TBSA Burns
3- Graft loss open wound of Rt. posterior lower leg(Chronic/Recurrent) Subcutaneous Infection

APRI SCORE:  No recent labs available

P:
Patient currently on ABT with Bactrim DS
Rt. Posterior leg C&S is pending
Start daily wound care as follows:
Cleaning with soap and water
Apply Collagenase ointment and cover with Xeroform dressing.
Patient needs baseline blood work for Hepatitis C

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/25/2021 | Counseling | Plan of Care | Malaver, Jimmy | Verbalizes Understanding |

**Copay Required:** No         **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Malaver, Jimmy MD on 03/25/2021 16:50

## Bureau of Prisons
## Health Services
## Clinical Encounter

**FOIA/PRIVACY ACT SENSITIVE**

Inmate Name: STEVENS, MICHAEL JAMES  
Date of Birth: 08/20/1981    Sex: M    Race: WHITE  
Encounter Date: 03/24/2021 13:25    Provider: Castro, S. EMT-P  
Reg #: 96546-298  
Facility: SDC  
Unit: G02

EMT/Para - Wound Care encounter performed at Health Services.

### SUBJECTIVE:

COMPLAINT 1        Provider: Castro, S. EMT-P  
  Chief Complaint: GENERAL  
  Subjective: Inmate brought to HSU for f/u on wound to right posterior knee. Inmate c/o continued bleeding and reopening of wound due to skin graft being too tight. Inmate denies any other s/s at time of assessment.  
  Pain: No

### OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/24/2021 | 13:27 SDC | 97.5 | 36.4 | | Castro, S. EMT-P |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/24/2021 | 13:27 SDC | 85 | | | Castro, S. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/24/2021 | 13:27 SDC | 18 | Castro, S. EMT-P |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/24/2021 | 13:27 SDC | 98 | | Castro, S. EMT-P |

### ASSESSMENT:

Infection - Skin, Signs of

Inmate A&Ox3 and in no apparent pain or distress. VS WNL and lungs CTAB. Assessment of wound shows moderate erythema and red streaking. Wound is still open, aprox 2 cm lac, but no active bleeding noted. Unable to perform detailed assessment due to mass amount of scar tissue from initial burn injury and subsequent skin graft(s). Dr. Malaver consulted. Orders received for 10 day course of Bactrim and f/u in 7 days. If no s/s of improvement noted, possible consult with specialist may be warranted.

### PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Sulfamethoxazole/Trimeth DS 800-160 Mg Tablet | 03/24/2021 13:25 |

  Prescriber Order:    1 tablet Orally -  Two Times a Day x 10 day(s) -- KOP  
  Indication: Burn of lower limb, except ankle and foot

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|

| Inmate Name: | STEVENS, MICHAEL JAMES | | | |
|---|---|---|---|---|
| Date of Birth: | 08/20/1981 | Sex: M  Race: WHITE | | |
| Encounter Date: | 03/24/2021 13:25 | Provider: Castro, S. EMT-P | Unit: | G02 |

FOIA/PRIVACY ACT SENSITIVE

Reg #: 06046-298

### New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | One Time | | Schedule IM to return on 4/01/2021 for wound assessment s/p ATB therapy | Malaver, Jimmy MD |
| | Order Date: | 03/24/2021 | | |

### Discontinued Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | One Time | | Schedule IM to return on 3/22/2021 for wound assessment and further wound treatment if needed. | Abel, Brent Nurse Trainee |
| | Discontinue Reason: | Renewed | | |
| | Order Date: | 03/15/2021 | | |
| | End Date: | 03/22/2021 | | |

**Disposition:**
Follow-up at Sick Call as Needed
Follow-up in 1 Week

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/24/2021 | Counseling | Access to Care | Castro, S. | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes   **By:** Malaver, Jimmy MD
**Telephone or Verbal order read back and verified.**

Completed by Castro, S. EMT-P on 03/24/2021 13:36
Requested to be cosigned by Malaver, Jimmy MD.
Cosign documentation will be displayed on the following page.

| Federal Bureau of Prisons | FOIA/PRIVACY ACT |
|---|---|
| SCREENINGS | SENSITIVE |

| Inmate Name: | STEVENS, MICHAEL JAMES | | | Reg #: | 96546-298 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1981 | Sex: M | Race: WHITE | Facility: | SDC |
| Encounter Date: | 03/08/2021 13:09 | Provider: | Gwathney, J. M.D., MPH/CD | Unit: | G02 |

**Screenings:**

**COVID-19**

Quarantine

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/08/2021 | 13:09 SDC | 97.7 | 36.5 | | Gwathney, J. M.D., MPH/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/08/2021 | 13:09 SDC | 83 | | | Gwathney, J. M.D., MPH/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/08/2021 | 13:09 SDC | 98 | | Gwathney, J. M.D., MPH/CD |

Cosign Required: No

Completed by Gwathney, J. M.D., MPH/CD on 03/08/2021 13:10.