1 | RANDY S. GROSSMAN
2 | Acting United States Attorney
3 | PETER S. HORN
   | Assistant U.S. Attorney
4 | California Bar No. 321358
5 | New York Bar No. 5333653
   | United States Attorney's Office
6 | 880 Front Street, Room 6293
7 | San Diego, California 92101-8893
   | Telephone: (619) 546-6795
8 | Peter.Horn@usdoj.gov
9 |
10 | Attorneys for Plaintiff
   | UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-0660-GPC |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| MICHAEL JAMES STEVENS, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

    I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

activity in this case:

<div style="margin-left: 2em;">

<u>Name</u>

None.

</div>

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

**Maritsa Ann Flaherty**.

Please feel free to call me if you have any questions about this notice.

DATED: May 20, 2021.

<div style="margin-left: 20em;">

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

*s/ Peter S. Horn*
PETER S. HORN
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

</div>