# SENTENCING SUMMARY CHART
[✓] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO [ ]
AUSA [✓]
DEF [ ]

**Sentencing Date:** September 20, 2021

Defendant's Name: Michael James Stevens        Docket No.: 21-CR-660-GPC

Attorney's Name: Peter Horn        Phone No.: 619-546-6795

Guideline Manual Used: November 1, 2018        Agree with USPO Calc.: No

| Item | Value |
|---|---|
| Base Offense Levels: (Drug Quantity if Applicable:) USSG § 2D1.1(c)(3) (897 g of methamphetamine [actual]) | 34 |
| Specific Offense Characteristics: USSG § 2D1.1(b)(5), Import. of Meth. | +2 |
| § 2D1.1(b)(18), 5C1.2(a), Safety Valve | 0 |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | 0 |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: ([ ] Combined (Mult. Counts) [ ] Career Off. [ ] Armed Career Crim.) | 36 |
| Adjustment for Acceptance of Responsibility: [✓] Gov. Motion Under USSG § 3E1.1(b) | -3 |
| Total Offense Level: | 33 |
| Criminal History Score: | 10 |
| Criminal History Category: ([ ] Career Offender [ ] Armed Career Criminal) | V |

Guideline Range:        from 210 mths
(Range limited by: [ ] minimum mand. [ ] statutory maximum)        to 262 mths

Departures:
USSG § 5K3.1, Fast Track        -4

Resulting Guideline Range: Adjusted Offense Level 29        from 140 mths
                                                                          to 175 mths

**RECOMMENDATIONS:** 77 months' imprisonment, three years' supervised release, $100 special assessment, no fine.