Patrick Q. Hall, CA Bar No. 97019
Lauren M. Hofflin, CA Bar No. 310005
Law Offices of Patrick Q. Hall
501 West Broadway, Suite 730
San Diego, California 92101
Telephone: (619) 268-4040
Fax: (619) 268-4041
pat@pqhlaw.com

Attorney for Defendant
MICHAEL JAMES STEVENS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Gonzalo P. Curiel)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES STEVENS,<br><br>Defendant. | CASE NO. 21-CR-660-GPC-1<br><br>**DEFENDANT STEVENS' SENTENCING SUMMARY CHART**<br><br>Date: September 20, 2021<br>Time: 8:30 a.m. |

COMES NOW Defendant MICHAEL JAMES STEVENS, by and through his attorney, Patrick Q. Hall, and pursuant to the Local Rules of the Southern District of California, respectfully submits his Sentencing Summary Chart.

Respectfully submitted,

Dated:  September 13, 2021          *s/Patrick Q. Hall*
                                    PATRICK Q. HALL
                                    Attorney for Defendant
                                    MICHAEL JAMES STEVENS

21-CR-660-GPC-1

## SENTENCING SUMMARY CHART

USPO ____
AUSA ____
DEF __X_

| | |
|---|---|
| Defendant's Name: MICHAEL JAMES STEVENS | Docket No. 21-CR-660-GPC-1 |
| Attorney's Name: Patrick Q. Hall | Phone No. (619) 268-4040 |
| Guidelines Manual Used: NOVEMBER 1, 2018 | Agree w/USPO Calc: No |

| | |
|---|---:|
| Base Offense Level: USSG §2D1.1(c)(5) (897 gms methamphetamine (actual)) | 34 |
| Specific Offense Characteristics: | |
|     USSG §2D1.1(a)(5) (Adjustment of Base Offense) | -3 |
|     USSG §3B1.2(b) (Minor Role) | -2 |
|     18 U.S.C § 3553 (a)(1)(First Step Act Safety Valve) | -2 |
| Adjusted Offense Level | 27 |
| Adjustment for Acceptance of Responsibility: USSG §3E1.1(a) | -3 |
| Total Offense Level: | 24 |
| Criminal History Score: | 10 |
| Criminal History Category:<br>☐Career Offender    ☐Armed Career Criminal | V |
| Guideline Range:<br>(Range limited by: ☐minimum mandatory ☐ statutory maximum) | from  92<br>to  115 mths |
| Departures:<br>    Fast Track: USSG §5K3.1 (-4), other factors and variances (-4) | -8 |
| Resulting Offense Level: | 16 |
| Resulting Guideline Range: | from  41<br>to  51 mths |

RECOMMENDED SENTENCE:  41 months, 4 years supervised release, no fine