# EXHIBIT C

July 21, 2021

Your Honor,

I'm writing this in regards to Michael Stevens, and his upcoming sentencing.

I have known Mike since the early 2000's , when he joined the Volunteer Fire Department, where my husband was a volunteer.  This is where we first got to know Mike's nature and character.  The volunteer fire department at that time was very much a family organization.  Family members would volunteer to be practice subjects for the weekly training.  As the photographer for the department as well as a Fire fighter wife, I was there all the time and got to see Mike in action.  He was there for the same reason that most volunteers are there, to be a part of his community and in general, to help.   He's not an outgoing personality, and he can seem intimidating,  but he was always steady and there to help.  For the time that he was there, he gained the trust and admiration of his fellow firefighters.  He was good with all the kids that would come to be "practice" for such things as blood pressure readings and accident reenactments. He was always kind and showed his sense of humor with the kids.   I believe he was there a couple years.   Also, like many Volunteer Firefighters after a couple years, he showed up less and less, but he remained in our phone number list of people we could count on to help….for whatever we needed.

After the department we started learning about Mike's "issues", at this time we didn't know what substances were the problem, but saw an article or two in the paper of the trouble he had gotten in.

The rest of our knowledge of Mike is that he was my daughter's long time boyfriend.  They have been together for the past 8 years.  I've been a part of Mike's life this past 8 years…..the good, the bad and the ugly, so to speak.

Above all, Mike is a good guy.  He loves his kids, he loves his family, and he loves his friends.  He's always the kind of guy you can call for help.  Need a car moved, need help moving, trouble with plumbing, car won't start or for that matter….need a car while yours is dead?  All of these I've seen Mike do.

Mike decided to move to San Diego with his son Joe, to live with my daughter in the last couple years of her college.  On his last visit up to pick up the rest of his things, he had the accident that caused his burns.  I got a call from my daughter that something happened to Mike and he was in the ER here in our town.  I was able to get in to see him before he was transferred to the burn unit closest to us.  It was something I will never forget.  I stayed with him, and was his voice until they loaded him in the ambulance to take him to the burn unit.   After they took him, I asked a doctor what he thought his chances were.  He just shook his head, and said not good.

Long story short, he did survive, and considering how bad he was burned he did extremely well.  The first year, Mike seemed just grateful to have made it.  He still had wounds, and a new routine for self care.  Care packages from us, now included gauze by the pound, compression sleeves, gloves, and high protein drinks.  As the years went on it became harder as I think Mike realized the level of disability he would end up.   Different areas of his skin didn't heal well; both pinkies curled and became useless.  His legs wouldn't heal at all in places.

As "mom" I wasn't privy to all the issues, but I do know that the frustration levels to get Mike to a manageable pain level were great.  With a "history" of drug use, pain clinics and hospitals weren't eager to help him out with pain. Which lead him back to the "pain killers"  he was familiar with.  Again, I do not know any of the hard time lines, or actual drugs or specifics,  but I know Mike was off and on in better and worse shape when they would come home for visits.   But what I do know is that regardless of the level of his under the influence, Mike always tried.  He tried to be a

good boyfriend, he tried to step up and be good to his family (us, as well as his side of the family), he paid attention to what he thought we could use, and made appropriate gifts.  He did his best to be a good dad.  He learned how to help Joe with schoolwork.  He even went and learned how to skateboard….for the simple reason that it was something that he and Joe could do together.

I believe what got him to this place, was actually trying to be a family man….and support his little family, around his limitations and addictions.  The upside of being incarcerated is that he is free of all his pain killers, and can now imagine a world and a life without them.

Thank you for your consideration

Rosie Mariani