# EXHIBIT F

Cherie Stevens Jones
14393 Rattlesnake Road
Grass Valley, CA 95945
Telephone: (530) 277-4244
E-mail: mountainwoman1957@yahoo.com

Date: July 17, 2021

The Honorable Gonzalo P. Curiel
United States District Judge
Southern District of California

Defendant's Name: Michael James Stevens Case Number: _____

Dear Judge Curiel:

My name is Cherie Stevens Jones and I'm writing this letter on behalf of my son, Michael James Stevens.

Where to begin? Michael was a great kid, very bright and with a lot of ambition. He has always excelled whenever he has applied himself.  He has exceptional skills as a handyman and working outdoors. He has always loved nature and has worked successfully as a mechanic, landscaper/water features, trimming and falling trees.

During his adult years he worked mostly in the tree business. The company that he worked for felled hazardous trees, trimmed fire hazards, and made the surrounding environments safe. He was extremely skilled at this job enjoying his work, and at times belting out a popular song while hanging from a tree top.

Michael lived on my father's property while he raised his youngest son Joseph. He helped care for his grandfather in his elder years as he was stricken with COPD and his mobility was very limited. Michael exercised love and compassion in caring for his grandpa and especially at the very end of his life.

He was a volunteer for the fire department in Rough and Ready, California for a number of years. He had a lot of fun working in that fire department's fundraising booth at the Nevada County Fair. When you live in a rural area the county fair is a big thing! We all had fun during those times. He had been clean from drugs for a long stretch and we had the old Michael back.

Unfortunately, Michael was introduced to drugs in his teens through negative peer associations and it took him down the road of addiction.  As a result, he has battled drug addiction, but has never given up on getting clean and trying to stay clean.

Eight years ago, Michael was hurt while at work and had his thumb severly cut.  When getting treatment, he was  injected with pain medication it started the addiction cycle all over again.

Page 2
Recommendation letter from Cherie Stevens Jones
Re: Michael James Stevens

About five years ago, Michael experienced an accident that severely burned him over most of his body. Again, a lot of pain medications had to be administered to help him cope through the surgeries and treatments. He had one finger amputated and has another finger that still needs amputation. He also has an open sore on the back of one of his legs that will not heal without grafting. This bad break led to his dependency on drugs again through pharmaceuticals.

As a mother I would love to see his medical problems be addressed under supervision so that medical staff once again does NOT give addictive drugs because it is poison for people like him. Michael does very well in an environment where he is held accountable and support. As part of his sentencing I respectfully request that he be referred for drug rehabilitation and pain management.

Also, because of his physical disabilities, he is unable to go back to his previous vocations. If there is a program that could retrain him in a new profession so that he can once again become a contributing member of society, I humbly ask that you consider recommending it. He keeps trying to stay clean!

Michael loves his family and especially his son Joseph, who is to enter 7th grade this year. Michael has been both mother and father to Joseph for many years. I know they truly miss and need each other.

We are a large family that love him and are committed to providing him with whatever support he needs to help him turn his life around. I believe the best years of Michael's life are ahead of him, providing that he is given the opportunity to excel with proper support.

Respectfully submitted,

*Cherie Stevens Jones*

Cherie Stevens Jones

Photos attached

Pinata party.  Michael James Stevens and son Joseph



Mom Cherie Stevens Jones with son Michael James Stevens at family BBQ

