# EXHIBIT G

Evangeline Roberts<br>
PO Box 1234<br>
Cedar Ridge, CA  95924<br>
Telephone:  (530) 273-7774<br>
E-mail:  evangelineroberts65@gmail.com

Date:  July 17, 2021

The Honorable Gonzalo P. Curiel
United States District Judge
Southern District of California

**Defendant's Name:  Michael James Stevens**          Case Number:  _____

Dear Judge Curiel:

My name is L. Evangeline Roberts and I'm writing this letter on behalf of my nephew Michael James Stevens.  I have know Michael all of his life.  I am retired from my profession as a Legal Secretary, with the last 15 years being at the Nevada County Probation Department in Nevada City, California.  Because I've worked in many legal offices, I'm aware that the chances of someone beating addiction is small. But I have seen it happen and know that long shots can happen.

**Good Charact**er:
Michael has been very helpful in helping me with my landscaping, building a perimeter fence, and climbing on rooftops to clean debris from gutters for grandma and me.  Michael is an avid reader of all publications related to nature, and regulary worked out to stay in good health.

**Medical Condition**:
Several times he has fallen back into drug use especially after two serious injuries.  The first time was when he was hurt on the job and his thumb and hand severely cut.  Second time was when he was burned over most of his body, enduring many surgeries, skin grafts, and had a finger amputated.  (He still has open wounds that haave not healed from that accident five years ago and needs surgery to repair.  Also needs another finger removed.)  Unfortunately his permanent injuries will prevent him from working in his previous occupations.

**Substance Abuse**
Michael's derailment began in his teens by getting addicted to drugs.  He has continued to battle getting clean and sober, but has stayed sober  for long periods of time.  I will say it is very discouraging to watch him relapse.  When he was injured with the severe cut, the standard course of treatment was to repair and also prescribe pain medication, even when he asked them NOT to give him a pain injection at all.  It has been years of recovery and relapse. When Michael is clean, he apologizes and seems remorseful. But when temptations and relapse occurs, he comes around the family infrequently.

**Family Involvement**
He helped take care of his grandfather until his death. When his grandfather died, Michael called and came  picked me up and took me to my dad's bedside.  He knew that I was in no shape to drive a car.  He loves his family.  When clean, he has participated in family celebrations, fishing trips, camping trips and holiday times.  Michael has been both mother and father to Joseph for many years. I know they truly miss and need each other.

As part of his sentencing, I hope there is consideration for pain management behavioral counseling management---how to live WITH the pain.  Also, I respectfully ask that you consider a drug rehabilitation program for Michael.  Thank you for your consideration of my letter.

Respectfully,

*L. Evangeline Roberts*
L. Evangeline Roberts
Photo attached

Page 2
Evangeline Roberts on behalf of Michael James Stevens

Evangeline Roberts and Michael Stevens, 2007:

